IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| MARION C. FISHER<br>and WILLIAM A. SEATON, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 180275R |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE,<br>State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

A case management conference was scheduled for September 25, 2018, to discuss Plaintiffs' appeal. Plaintiffs' representative did not appear for that proceeding. However, Defendant's representative did appear and reported to the court that Defendant had accepted Plaintiffs' return as filed and thus the case had been settled. Because the parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is granted.

Dated this ____ day of October 2018.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by* mailing *to: 1163 State Street, Salem, OR 97301-2563; or by* hand delivery *to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within* 60 *days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Davis and entered on October 16, 2018.*

_____

[1] This Final Decision incorporates without change the court's Decision, entered September 28, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

FINAL DECISION  TC-MD 180275R                                                                 1